# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| SALVADOR GARCIA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENZIES AVIATION, INC., a Delaware corporation, and DOES 1 through 10, inclusive<br><br>Defendant. | Case No: 11-CV-01213-GW-RZ<br><br>**Order Remanding Case to State Court**<br><br>Judge: Hon. George H. Wu<br><br>Case Filed: December 28, 2010 |

On June 27, 2011, Plaintiff Salvador Garcia and Defendant Menzies Aviation, Inc. stipulated that based on changes to the scope of the case, which is now pled in a Second Amended Complaint, it does not appear that the amount in controversy exceeds $5 million sufficient to support subject matter jurisdiction under the Class Action Fairness Act. The Parties therefore have stipulated to remand of this matter to state court. The Court thus ORDERS that this case be remanded to the Los Angeles County Superior Court. Such remand shall be without prejudice to Menzies's rights to re-remove this case should circumstances supporting federal subject matter jurisdiction become extant.

**IT IS SO ORDERED**.

Dated: July 5, 2011

_____
Hon. George H. Wu
UNITED STATES DISTRICT JUDGE